LOBBY DISPLAY FRAME CORPORATION, Respondent, v. NATHAN V. STEINBERG, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. Giving the complaint every favorable inference in construction,

we think it sufficient. Upon the trial, however, plaintiff will be required to establish fraud in obtaining the credit through the instrumentality of the corporation, as distinguished from the use of the corporate entity as a legitimate means of protection. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.